UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DANIEL ADAMO,                                                    **Docket No: 25-cv-8534**

                                        Plaintiff,

                                                                **NOTICE OF REMOVAL**

                -against-

BEDFORD CENTRAL SCHOOL DISTRICT, CSEA
WESTCHESTER COUNTY LOCAL 860, MARCI
TIGGS, and ANNA LOVECCHIO,

                                        Defendants.
-------------------------------------------------------------------------X


   **PLEASE TAKE NOTICE** that Defendants, **BEDFORD CENTRAL SCHOOL DISTRICT** ("the District"), **MARCI TIGGS, and ANNA LOVECCHIO**, by and through their attorneys, SILVERMAN AND ASSOCIATES, hereby remove this action to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§1441 and 1331.

   1.      This action was commenced against the District, in the Supreme Court of the State of New York, County of Westchester, by the filing of a Complaint with the Clerk of the Court on or about September 12, 2025.  See Exhibit "A" attached hereto.

   2.      The Complaint seeks damages for, among other things, discrimination and retaliation in violation of the Age Discrimination in Employment Act ("ADEA") and the Americans with Disabilities Act ("ADA").

   3.      The Plaintiffs' claims, therefore, raise a federal question under these federal statutes.

4.      In addition to the above, this cause of action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, in that the Plaintiffs have alleged a cause of action arising under the federal statutes.  By virtue of 28 U.S.C. §1441(a), this cause of action is removable to this Court

5.      The District was purportedly served with a copy of the initial pleading setting forth the claim upon which this action is based on or about September 25, 2025.

6.      In accordance with 28 U.S.C. §1446(b), this Notice of Removal is filed within 30 days after receipt by the District of a copy of the initial pleading.

7.      Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. §1446(b).

8.      All Defendants consent to this Removal.

9.      Pursuant to 28 U.S.C. §1446(a), a copy of the Summons and Complaint, which constitutes all process, pleadings or orders served or filed by the parties in the Supreme Court of the State of New York in this matter, are attached hereto as Exhibit "A" and made a part of this Notice by reference.

10.      Defendants, Bedford Central School District, Marci Tiggs, and Anna Lovecchio, will pay all costs (disbursements) by reason of this removal proceeding should it be determined that this case is not removable or is improperly removed.

11.      This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, and without waiver of any substantial or procedural defenses, **BEDFORD CENTRAL SCHOOL DISTRICT, MARCI TIGGS, and ANNA LOVECCHIO** requests that this Court assume jurisdiction over this action and make such further orders herein as may be required to properly determine its controversy.

Dated: White Plains, New York
           October 15, 2025

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

BY: _Caroline B. Lineen_

Caroline B. Lineen
Attorneys for District Defendants
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510

TO:  VIA Email, NYSCEF, and First Class Mail
       The Law Offices of Dennis R. Swanson
       Dennis R. Swanson, Esq.
       *Attorneys for Plaintiff*
       165 Schenectady Ave, Unit 3
       Brooklyn, New York 11213

       VIA Email and NYSCEF
       Leslie C. Perrin, Esq.
       Deputy Counsel
       CSEA Legal Department
       Attorneys for Defendant CSEA