UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DANIEL ADAMO,                                                  Docket No: 25-cv-8534

                        Plaintiff,

          -against-                                        **<u>AFFIRMATION IN RESPONSE TO ORDER TO SHOW CAUSE</u>**

BEDFORD CENTRAL SCHOOL DISTRICT, CSEA
WESTCHESTER COUNTY LOCAL 860, MARCI
TIGGS, and ANNA LOVECCHIO,

                        Defendants.
------------------------------------------------------------------------X

      **CAROLINE B. LINEEN**, an attorney duly admitted to practice law in the United States District Court for the Southern District of New York, hereby deposes and says subject to the penalties of perjury:

      1.     I am a member of the law firm SILVERMAN & ASSOCIATES, attorneys for the defendants, Bedford Central School District, Marci Tiggs, and Anna Lovecchio ("the District Defendants"). I am fully familiar with the pleadings, facts, and circumstances of this matter based upon my review of the file maintained by this office.

      2.     This Affirmation is respectfully submitted in response to the Court's October 17, 2025 Order to Show Cause why the instant case should not be remanded to Westchester Supreme Court.

      3.     The Bedford Central School District was served with the Summons and Complaint initiating this action on September 25, 2025.

      4.     On October 15, 2025, the District Defendants timely removed this case from Westchester County Supreme Court due to the federal questions implicated by the claims for violation of the Americans with Disabilities Act ("ADA") and the Age Discrimination in Employment Act ("ADEA") asserted within the Complaint.

5.   Prior to filing the Notice of Removal, the undersigned counsel for the District Defendants conferred orally with Leslie C. Perrin, Esq., counsel for the CSEA Defendant regarding the intent to remove the case. Attorney Perrin advised the CSEA consented to such removal. The undersigned thereafter confirmed with Attorney Perrin via email that the removal would be filed. See Exhibit "1".

6.   Although consent to the removal had been obtained from Defendant CSEA and the consent of all defendants was noted in the Notice of Removal filed on October 15, 2025, the District Defendants inadvertently neglected to annex written documentation of Defendant CSEA's consent to the Notice of Removal. This was an oversight and the District Defendants respectfully apologize to the Court such oversight.

7.   On October 20, 2025, the District Defendants filed and served an Amended Notice of Removal. The Amended Notice of Removal expressly notes Defendant CSEA's consent to the removal and is supported by a Declaration of Consent executed by Attorney Perrin, counsel for Defendant CSEA. *See* Docket Entry 5.

8.   As set forth in the Amended Notice of Removal, the Defendant CSEA consents to and joins in the removal of this case to this Court.

9.   As the Complaint asserts federal claims over which this Court has jurisdiction, the Amended Notice of Removal was filed within the District Defendants' thirty day deadline to remove the case, and the consent of all defendants has been obtained and documented, the District Defendants respectfully submits that this case should not be remanded to the Westchester Supreme Court.

10.   Accordingly, the District Defendants respectfully request that this Court assume jurisdiction over this case.

11. We greatly appreciate the Court's time and attention to this matter.

Dated: White Plains, New York
October 20, 2025

              Respectfully submitted,

            **SILVERMAN & ASSOCIATES**

BY: *Caroline B. Lineen*
           Caroline B. Lineen
           Attorneys for District Defendants
           445 Hamilton Avenue, Suite 1102
           White Plains, New York 10601
           (914) 574-4510

TO: VIA Email and First Class Mail
The Law Offices of Dennis R. Swanson
Dennis R. Swanson, Esq.
*Attorneys for Plaintiff*
165 Schenectady Ave, Unit 3
Brooklyn, New York 11213

VIA Email and ECF
Leslie C. Perrin, Esq.
Deputy Counsel
CSEA Legal Department
Attorneys for Defendant CSEA