**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

October 22, 2025

<u>**Via ECF**</u>
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Adamo v. Bedford CSD, et al.
           Docket No.: 25-cv-8534 (PMH)

Dear Judge Halpern:

    We represent the defendants, Bedford Central School District ("the District"), Marci Tiggs, and Anna Lovecchio ("the District Defendants") in the above-referenced matter. We are writing to respectfully request an extension of time for the District Defendants to respond to the Complaint in this matter.

    The District was served with the Summons and Complaint on September 25, 2025 and the District Defendants removed the case to this Court on October 15, 2025. Therefore, the deadline for the District Defendants response to the Complaint is October 22, 2025. Counsel for the CSEA Defendant filed a request for an extension of time for all defendants to respond to the Complaint on October 21, 2025. The Court granted this request. When the deadlines were reset by the Clerk, it indicated only a new deadline for the CSEA Defendant's response to the Complaint. In addition, last evening plaintiff's counsel wrote to us and counsel for the CSEA Defendant advising that he intends to amend the Complaint shortly and that he is not expecting the Defendants' answers today and does not object to extensions. *See Exhibit "A"*.

    Accordingly, the District Defendants also request that their time to respond to the Complaint be extended to November 19, 2025. This is our first request for such an extension.

    Respectfully submitted,

    **SILVERMAN & ASSOCIATES**

By: *Caroline B. Lineen*
    Caroline B. Lineen
    Attorneys for Defendant
    445 Hamilton Avenue, Suite 1102
    White Plains, New York 10601

TO:    Law Offices of Dennis R. Swanson
         Attorneys for Plaintiff

         Leslie C. Perrin
         Deputy Counsel
         Attorneys for CSEA

SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW