# EXHIBIT A

| | |
|---|---|
| **From:** | Dennis Swanson |
| **To:** | Caroline B. Lineen |
| **Cc:** | Leslie C Perrin; Kathy Smail |
| **Subject:** | Re: Adamo v. Bedford CSD et al. |
| **Date:** | Tuesday, October 21, 2025 5:14:26 PM |
| **Attachments:** | image001.png |

Ms. Perrin and Ms. Lineen,

I have discussed with the client and it is our intention to amend the complaint to eliminate the federal causes of action, which will result in remand back to NYS Supreme Court per the decision in *Royal Canin U. S. A., Inc. v. Wullschleger*, No. 23-677, 2025 WL 96212 (U.S. Jan. 15, 2025). As such I am not expecting your answers tomorrow and do not object to the extension. I may require a few days to get the amended complaint together and filed. Once it is filed I will be moving for remand. After you have had an opportunity to review the amended complaint and confirm that it no longer implicates federal jurisdiction, I would appreciate your consent to remand so that we can handle this with a simple letter motion.

Best,
Dennis

On Mon, Oct 20, 2025 at 5:31 PM Caroline B. Lineen <clineen@silvermanandassociatesny.com> wrote:

> We consent and will join in the extension request.
>
> Caroline B. Lineen
>
> Silverman & Associates
>
> 445 Hamilton Avenue, Suite #1102
>
> White Plains, New York 10601
>
> *Tel.:* 914.574.4510
>
> *Fax:* 914.574.4515
>
> clineen@silvermanandassociatesny.com
>
> www.silvermanandassociatesny.com
>
> **NOTICE:** This e-mail and any attachments may contain confidential and proprietary information of Silverman & Associates and may be legally privileged. This e-mail is intended solely for the addressee. If you are not the addressee, dissemination, copying or other use of this e-mail or any of its content is strictly prohibited and may be unlawful. If you are not the intended recipient please inform the sender immediately and destroy the e-mail and any copies. Any views expressed in this message are those of the individual sender. No contract may be construed by this e-mail.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.